# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-240-IM |
| v. | **INFORMATION** |
| **MATTHEW OWENS,** | 21 U.S.C. § 331(a) |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Introduction into Interstate Commerce an Adulterated or Misbranded Drug)**
**(21 U.S.C. § 331(a))**

On or about March 25, 2020, defendant **MATTHEW OWENS** caused 122.8 grams of chloroquine to be shipped from a manufacturer in China to his home in Gresham, Oregon, where he intended to divide it into gel capsules and distribute it to others for the prevention and treatment of COVID-19.  Defendant caused the package in which the chloroquine was shipped to be mislabeled and undervalued to evade detection at the U.S. border. Prior to March 25, 2020, defendant imported more than 100 grams of chloroquine that was recovered during the execution

of a search warrant at his home. Defendant is not a licensed medical provider or pharmacist and has no medical background or training.

All in violation of 21 U.S.C. § 331(a).

Dated: July 21, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Scott E. Bradford*
SCOTT E. BRADFORD, OSB #062824
Assistant United States Attorney